

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00386-CV

| | | |
|---|---|---|
| HENRY PEYTON INGE III, Appellant | § | On Appeal from the 362nd District Court |
| v. | § | of Denton County (2012-50780-367) |
| BANK OF AMERICA, N.A., BOFA MERRILL LYNCH ASSET HOLDINGS, INC., AND BAC HOME LOANS SERVICING, L.P., Appellees | § | November 15, 2018 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Henry Peyton Inge III shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mark T. Pittman_____
    Justice Mark T. Pittman